**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ **Division**

**In re** Gary R Tyler                                    **Case No.** 14-11794-KHK

                                    **Debtor(s)**          **Chapter**  13

AMENDED

**ORDER FOR RETURN OF UNCLAIMED FUNDS**

---

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $__1072.00_____, currently on deposit with the Treasury of the United States, be returned to:

Gary R. Tyler
13500 Poplardell CT
Chesterfield, VA 23832

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable,  trustee and United States Trustee.

Date: __Oct 15 2021_____          /s/ Klinette H Kindred_____
                                                United States Bankruptcy Judge

                                                NOTICE OF JUDGMENT OR ORDER
                                                ENTERED ON DOCKET:
                                                _ October 15, 2021_____

pc: Financial Administrator

[ounclmfd ver. 03/06]

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                      Case No. 14-11794-KHK

Gary R Tyler                                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: douglasse | Page 1 of 1 |
| Date Rcvd: Oct 15, 2021 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

**Recip ID     Recipient Name and Address**
+  Gary R. Tyler, 13500 Poplardell CT, Chesterfield, VA 23832-2707

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |
| Tommy Andrews, Jr. | on behalf of Debtor Gary R Tyler tandrews@andrewslaw.net<br>khill@andrewslaw.net;tetiana@andrewslaw.net;nikki@andrewslaw.net |

TOTAL: 2